HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PABLO RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PABLO RIOS,<br><br>Defendant. | Case No. 1:23-cr-00098-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   December 6, 2023<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Pablo Rios, that the status conference currently scheduled for November 1, 2023, at 2:00 p.m., be continued to December 6, 2023, at 2:00 p.m.

Mr. Rios made his initial appearance on the violation petition in this case on August 24, 2023. *See* Dkt. #7. A detention hearing was held on August 25, 2023, and September 5, 2023. *See* Dkt. #9, #11. At the September 5, 2023 hearing, Mr. Rios was ordered released subject to conditions imposed by the Court. *See* Dkt. #11-13.

The allegation in Charge 1 of the supervised release violation petition filed August 17, 2023, relates to an incident occurring in Santa Clara County. *See* Dkt. #3 at 2. Since his release

from federal custody in this matter on September 5, 2023, Mr. Rios has had multiple contacts with Santa Clara County Superior Court to determine when and if state charges will be filed. As of the morning of October 30, 2023, he was advised to check back in later in the week. Mr. Rios has kept his assigned federal probation officer, Brandon Dawkins, advised of the above. In addition, Officer Dawkins has made additional efforts to determine whether charges will be filed in Santa Clara County. At present, no charges have been filed.

The parties are currently monitoring this process in state court. Additionally, undersigned counsel is in the process of reviewing the discovery from the state court matter. In light of the above, the parties are requesting that the status conference currently set for November 1, 2023, be continued to December 6, 2023, for a further status conference. This will enable the parties to assess the status of the case and to undertake additional discussions regarding this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. Since his release on September 5, 2023, Mr. Rios has remained in compliance with the terms and conditions imposed and has maintained communication with counsel and his probation officer. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 30, 2023

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 30, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PABLO RIOS

Rios – Stipulation
and Proposed Order

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for November 1, 2023, at 2:00 p.m. is continued to December 6, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __October 31, 2023__                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

Rios – Stipulation
and Proposed Order

3