| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | PABLO RIOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00098-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  January 24, 2024 |
| PABLO RIOS, | Time:  2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Pablo Rios, that the status conference currently scheduled for December 6, 2023, at 2:00 p.m., be continued to January 24, 2024, at 2:00 p.m.

Mr. Rios made his initial appearance on the violation petition in this case on August 24, 2023. *See* Dkt. #7. A detention hearing was held on August 25, 2023, and September 5, 2023. *See* Dkt. #9, #11. At the September 5, 2023 hearing, Mr. Rios was ordered released subject to conditions imposed by the Court. *See* Dkt. #11-13. The allegation in Charge 1 of the supervised release violation petition filed August 17, 2023, relates to an incident occurring in Santa Clara County. *See* Dkt. #3 at 2. Since his release from federal custody in this matter on September 5,

2023, Mr. Rios has been in contact with Santa Clara County Superior Court to determine when and if state charges will be filed. A case has now been filed and Mr. Rios has a court date in Santa Clara County on January 9, 2024.

The parties would like to continue to monitor the state court proceedings. Additionally, undersigned counsel is in the process of reviewing the discovery from the state court matter. In light of the above, the parties are requesting that the status conference currently set for December 6, 2023, be continued to January 24, 2024, for a further status conference. This will enable the parties to assess the status of the case and to undertake additional discussions regarding this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties.

Since his release on September 5, 2023, Mr. Rios has remained in compliance with the terms and conditions imposed and has maintained communication with counsel and his probation officer.

As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 30, 2023           */s/ Michael Tierney*
                                  MICHAEL TIERNEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: November 30, 2023           */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  PABLO RIOS

Rios – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS ORDERED** that the status conference set for December 6, 2023, at 2:00 p.m. is continued to January 24, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **November 30, 2023**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Rios – Stipulation
and Proposed Order

3