1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PABLO RIOS
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:23-cr-00098-JLT
12 |                  Plaintiff,       | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs.                               |
   |                                   | Date:  March 12, 2024
14 | PABLO RIOS,                       | Time:  2:00 p.m.
   |                                   | Judge: Duty Magistrate Judge
15 |                  Defendant.       |

16

17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Pablo Rios, that the status conference

21 currently scheduled for January 24, 2024, at 2:00 p.m., be continued to March 12, 2024, at 2:00

22 p.m.

23         Mr. Rios made his initial appearance on the violation petition in this case on August 24,

24 2023. *See* Dkt. #7. A detention hearing was held on August 25, 2023, and September 5, 2023.

25 *See* Dkt. #9, #11. At the September 5, 2023 hearing, Mr. Rios was ordered released subject to

26 conditions imposed by the Court. *See* Dkt. #11-13. The allegation in Charge 1 of the supervised

27 release violation petition filed August 17, 2023, relates to an incident occurring in Santa Clara

28 County. *See* Dkt. #3 at 2. A case was filed in Santa Clara County in November 2023. Mr. Rios

appeared for his first court date in Santa Clara County on January 9, 2024. At that time, he was appointed counsel and a future court date was set for February 26, 2024, at 1:30 p.m.

The parties are requesting that the matter be continued until March 12, 2024, so that Mr. Rios can meet with and discuss his state matter with his state court appointed counsel. This will further enable the parties to monitor the state court proceedings to determine how best to resolve the instant federal violation petition. Additionally, undersigned counsel is in the process of reviewing the discovery from the state court matter. In light of the above, the parties are requesting that the status conference currently set for January 24, 2024, be continued to March 12, 2024, for a further status conference. This will enable the parties to assess the status of the case and to undertake additional discussions regarding this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties.

Since his release on September 5, 2023, Mr. Rios has remained in compliance with the terms and conditions imposed and has maintained communication with counsel and his probation officer. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 18, 2024     */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2024     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PABLO RIOS

Rios – Stipulation
and Proposed Order

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for January 24, 2024, at 2:00 p.m. is continued to **March 12, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **January 18, 2024**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

Rios – Stipulation
and Proposed Order

3