1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PABLO RIOS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00098-JLT |
    |---|---|
12  | Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE; ORDER |
13  | vs. | |
14  | PABLO RIOS, | |
15  | Defendant. | |

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Pablo Rios, that the status conference

21  currently scheduled for December 9, 2024, at 9:00 a.m., be vacated.

22       On April 1, 2024, Mr. Rios was sentenced by the Court for a violation of the terms of his

23  supervised release to a term of time-served and placed on a term of supervised release for 12

24  months. *See* Dkt. #31. Additionally, the Court imposed, as a condition of his supervised release,

25  that Mr. Rios complete 100 hours of community service by January 1, 2025. *See* Dkt. #32 at 5. In

26  order to confirm that Mr. Rios completed the 100 hours of community service by January 1,

27  2025, the Court set a status conference for December 9, 2024, at 9:00 a.m. Mr. Rios has

28  completed the 100 hours of community service and has provided verification of this to his

probation officer. Accordingly, the parties are in agreement to vacate the December 9, 2024, status conference.

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
United States Attorney

Date: October 18, 2024                */s/ Michael Tierney*
                                                MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

Date: October 18, 2024                */s/ Reed Grantham*
                                                REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PABLO RIOS

## **O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for December 9, 2024, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:   **October 18, 2024**                                      
                                                            UNITED STATES DISTRICT JUDGE